UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID M. WASHINGTON | CIVIL ACTION |
| VERSUS | NO: 19-30 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | SECTION: "J"(3) |

### ORDER

Before the Court is a *Motion to Transfer Venue* **(Rec. Doc. 11)** filed by Defendant, The Prudential Insurance Company of America. Plaintiff, David M. Washington, filed a response (Rec. Doc. 12) stating that he consents to the transfer of this matter to the United States District Court for the Western District of Louisiana. For the reasons stated in Defendant's unopposed *Motion to Transfer Venue* (Rec. Doc. 11),

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 26th day of April, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE